Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kimberly D. Jacob**
  Debtor(s)

Bankruptcy Case No.: 18−20082−JAD
Related to Doc. #67
Chapter: 13
Docket No.: 69 − 67

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 24th of February, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/17/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/26/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/17/23.**

                                                          Jeffery A. Deller
                                                          United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kimberly D. Jacob  
    Debtor

Case No. 18-20082-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 24, 2023      Form ID: 408      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly D. Jacob, 104 Carmella Drive, Irwin, PA 15642-8909 |
| 14756101 | + | Care Credit, c/o Encore Receivable Management, 400 N Rogers Road, Olathe, KS 66062-1212 |
| 14756102 | + | Collection Service Center Inc, PO Box 560, New Kensington, PA 15068-0560 |
| 14756103 | + | Edward Jones, PO Box 108, Saint Louis, MO 63166-0108 |
| 14756104 | | Encore Receivable Management Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 14756109 | + | Lendmark Financial, 2669 Monroeville Boulevard, Monroeville, PA 15146-2301 |
| 14756112 | + | PNC Bank NA, PO Box 8807, Dayton, OH 45401-8807 |
| 14756113 | + | PNC Points Visa, PO Box 8807, Dayton, OH 45401-8807 |
| 14756118 | + | Vicotria's Secret/Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | Feb 25 2023 00:18:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14763294 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2023 00:18:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14756100 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:51:46 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14776340 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:20:34 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14796818 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2023 00:18:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14790020 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:51:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787492 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:20:28 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14756110 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:30:54 | Macy's, PO Box 8113, Mason, OH 45040 |
| 14983484 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14756105 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2023 00:18:00 | GM Financial, PO Box 183834, Arlington, TX |

Case 18-20082-JAD    Doc 70    Filed 02/26/23    Entered 02/27/23 00:30:43    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: 408 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76096-3834 |
| 14756106 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2023 00:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14756107 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:10 | JC Penney, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14756108 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 25 2023 00:17:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14760438 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 25 2023 00:17:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 14756111 | + | Email/Text: bnc@nordstrom.com | Feb 25 2023 00:18:44 | Nordstrom Card Services, PO Box 6555, Englewood, CO 80155-6555 |
| 14783729 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:19:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14777437 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, National Association, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14795513 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14756840 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2023 00:20:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14791283 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14756114 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 25 2023 00:18:00 | Regional Medical Center, c/o Collection Service Center Inc, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15027607 | + | Email/Text: bncmail@w-legal.com | Feb 25 2023 00:18:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14756115 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:20:39 | Sears Credit Card, PO Box 9001055, Louisville, KY 40290-1055 |
| 14756116 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:10 | Synchrony Bank/Levins, PO Box 965030, Orlando, FL 32896-5030 |
| 14756117 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:34 | Synchrony Bank/Value City, PO Box 965030, Orlando, FL 32896-5030 |
| 14787559 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 25 2023 00:18:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14787148 | | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2023 00:20:17 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, NA |
| cr | *+ | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14767979 | *+ | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14767980 | *+ | Care Credit, c/o Encore Receivable Management, 400 N Rogers Road, Olathe, KS 66062-1212 |
| 14767981 | *+ | Collection Service Center Inc, PO Box 560, New Kensington, PA 15068-0560 |
| 14767989 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 8113, Mason, OH 45040 |

Case 18-20082-JAD    Doc 70    Filed 02/26/23    Entered 02/27/23 00:30:43    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: 408 | Total Noticed: 38 |

| | | |
|---|---|---|
| 14767982 | *+ | Edward Jones, PO Box 108, Saint Louis, MO 63166-0108 |
| 14767983 | * | Encore Receivable Management Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 14767984 | *+ | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14767985 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14767986 | *+ | JC Penney, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14767987 | *+ | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14767988 | *+ | Lendmark Financial, 2669 Monroeville Boulevard, Monroeville, PA 15146-2301 |
| 14767990 | *+ | Nordstrom Card Services, PO Box 6555, Englewood, CO 80155-6555 |
| 14767991 | *+ | PNC Bank NA, PO Box 8807, Dayton, OH 45401-8807 |
| 14767992 | *+ | PNC Points Visa, PO Box 8807, Dayton, OH 45401-8807 |
| 14767993 | *+ | Regional Medical Center, c/o Collection Service Center Inc, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14767994 | *+ | Sears Credit Card, PO Box 9001055, Louisville, KY 40290-1055 |
| 14767995 | *+ | Synchrony Bank/Levins, PO Box 965030, Orlando, FL 32896-5030 |
| 14767996 | *+ | Synchrony Bank/Value City, PO Box 965030, Orlando, FL 32896-5030 |
| 14767997 | *+ | Vicotria's Secret/Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Kimberly D. Jacob chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor PNC Bank NA robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com |

TOTAL: 8