**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> KIMBERLY D. JACOB <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:18-20082 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/09/2018 and confirmed on 3/19/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 221,090.88 |
| Less Refunds to Debtor | 4,888.62 | |
| TOTAL AMOUNT OF PLAN FUND | | 216,202.26 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 10,001.98 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,401.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 119,603.32 | 0.00 | 119,603.32 |
|     Acct: 3646 | | | | |
|   PNC BANK NA | 252.90 | 252.90 | 0.00 | 252.90 |
|     Acct: 3646 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC* | 0.00 | 41,198.38 | 0.00 | 41,198.38 |
|     Acct: 4218 | | | | |
| | | | | 161,054.60 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KIMBERLY D. JACOB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KIMBERLY D. JACOB | 1,739.50 | 1,739.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KIMBERLY D. JACOB | 3,149.12 | 3,149.12 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 24,535.23 | 24,535.23 | 0.00 | 24,535.23 |
|     Acct: 6916 | | | | |
| | | | | 24,535.23 |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 9,951.41 | 4,550.12 | 0.00 | 4,550.12 |
|     Acct: 1003 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 4,695.01 | 2,146.72 | 0.00 | 2,146.72 |
|     Acct: 5813 | | | | |
|   US BANK NA D/B/A ELAN FINANCIAL SERV | 6,958.89 | 3,181.84 | 0.00 | 3,181.84 |
|     Acct: 4256 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 992.86 | 453.97 | 0.00 | 453.97 |
|     Acct: 5093 | | | | |
|   CAPITAL ONE NA** | 2,503.96 | 1,144.89 | 0.00 | 1,144.89 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4066 | | | | |
| | SCOLOPAX LLC | 3,591.70 | 1,642.25 | 0.00 | 1,642.25 |
| | Acct: 5917 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 363.64 | 166.27 | 0.00 | 166.27 |
| | Acct: 7703 | | | | |
| | NORDSTROM FSB | 686.77 | 314.02 | 0.00 | 314.02 |
| | Acct: 2347 | | | | |
| | PNC BANK NA | 4,546.02 | 2,078.59 | 0.00 | 2,078.59 |
| | Acct: 4459 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1001 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2904 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,698.25 | 776.50 | 0.00 | 776.50 |
| | Acct: 9261 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 899.97 | 411.49 | 0.00 | 411.49 |
| | Acct: 5292 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2808 | | | | |
| | INTERNAL REVENUE SERVICE* | 646.25 | 295.49 | 0.00 | 295.49 |
| | Acct: 6916 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 105.63 | 48.30 | 0.00 | 48.30 |
| | Acct: 0001 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7703 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9261 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ENCORE RECEIVABLES MGT INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 17,210.45 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 202,800.28 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 24,535.23 |
| SECURED | 252.90 |
| UNSECURED | 37,640.36 |

Date: 02/23/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KIMBERLY D. JACOB

       Debtor(s)

Ronda J. Winnecour
       Movant
       vs.
No Repondents.

Case No.:18-20082 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kimberly D. Jacob  
    Debtor

Case No. 18-20082-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 3  
Date Rcvd: Feb 24, 2023        Form ID: pdf900        Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly D. Jacob, 104 Carmella Drive, Irwin, PA 15642-8909 |
| 14756101 | + | Care Credit, c/o Encore Receivable Management, 400 N Rogers Road, Olathe, KS 66062-1212 |
| 14756102 | + | Collection Service Center Inc, PO Box 560, New Kensington, PA 15068-0560 |
| 14756103 | + | Edward Jones, PO Box 108, Saint Louis, MO 63166-0108 |
| 14756104 | | Encore Receivable Management Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 14756109 | + | Lendmark Financial, 2669 Monroeville Boulevard, Monroeville, PA 15146-2301 |
| 14756112 | + | PNC Bank NA, PO Box 8807, Dayton, OH 45401-8807 |
| 14756113 | + | PNC Points Visa, PO Box 8807, Dayton, OH 45401-8807 |
| 14756118 | + | Vicotria's Secret/Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | Feb 25 2023 00:18:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14763294 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2023 00:18:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14756100 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:51:34 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14776340 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:20:21 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14796818 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2023 00:18:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14790020 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:51:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787492 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:30:59 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14756110 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:20:40 | Macy's, PO Box 8113, Mason, OH 45040 |
| 14983484 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14756105 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2023 00:18:00 | GM Financial, PO Box 183834, Arlington, TX |

Case 18-20082-JAD    Doc 71    Filed 02/26/23    Entered 02/27/23 00:30:43    Desc Imaged
                                 Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76096-3834 |
| 14756106 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2023 00:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14756107 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:10 | JC Penney, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14756108 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 25 2023 00:17:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14760438 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 25 2023 00:17:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 14756111 | + | Email/Text: bnc@nordstrom.com | Feb 25 2023 00:18:44 | Nordstrom Card Services, PO Box 6555, Englewood, CO 80155-6555 |
| 14783729 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:19:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14777437 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, National Association, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14795513 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14756840 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2023 00:20:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14791283 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14756114 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 25 2023 00:18:00 | Regional Medical Center, c/o Collection Service Center Inc, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15027607 | + | Email/Text: bncmail@w-legal.com | Feb 25 2023 00:18:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14756115 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:20:28 | Sears Credit Card, PO Box 9001055, Louisville, KY 40290-1055 |
| 14756116 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:34 | Synchrony Bank/Levins, PO Box 965030, Orlando, FL 32896-5030 |
| 14756117 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:34 | Synchrony Bank/Value City, PO Box 965030, Orlando, FL 32896-5030 |
| 14787559 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 25 2023 00:18:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14787148 | | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2023 00:20:29 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, NA |
| cr | *+ | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14767979 | *+ | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14767980 | *+ | Care Credit, c/o Encore Receivable Management, 400 N Rogers Road, Olathe, KS 66062-1212 |
| 14767981 | *+ | Collection Service Center Inc, PO Box 560, New Kensington, PA 15068-0560 |
| 14767989 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 8113, Mason, OH 45040 |

Case 18-20082-JAD    Doc 71    Filed 02/26/23    Entered 02/27/23 00:30:43    Desc Imaged
Certificate of Notice    Page 7 of 7

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| | | |
|---|---|---|
| 14767982 | *+ | Edward Jones, PO Box 108, Saint Louis, MO 63166-0108 |
| 14767983 | * | Encore Receivable Management Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 14767984 | *+ | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14767985 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14767986 | *+ | JC Penney, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14767987 | *+ | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14767988 | *+ | Lendmark Financial, 2669 Monroeville Boulevard, Monroeville, PA 15146-2301 |
| 14767990 | *+ | Nordstrom Card Services, PO Box 6555, Englewood, CO 80155-6555 |
| 14767991 | *+ | PNC Bank NA, PO Box 8807, Dayton, OH 45401-8807 |
| 14767992 | *+ | PNC Points Visa, PO Box 8807, Dayton, OH 45401-8807 |
| 14767993 | *+ | Regional Medical Center, c/o Collection Service Center Inc, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14767994 | *+ | Sears Credit Card, PO Box 9001055, Louisville, KY 40290-1055 |
| 14767995 | *+ | Synchrony Bank/Levins, PO Box 965030, Orlando, FL 32896-5030 |
| 14767996 | *+ | Synchrony Bank/Value City, PO Box 965030, Orlando, FL 32896-5030 |
| 14767997 | *+ | Vicotria's Secret/Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
                    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Christopher M. Frye
                    on behalf of Debtor Kimberly D. Jacob chris.frye@steidl-steinberg.com
                    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Maria Miksich
                    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
                    on behalf of Creditor PNC Bank NA robert.davidow@phelanhallinan.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
                    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com

TOTAL: 8