**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kimberly D. Jacob** | Social Security number or ITIN   xxx–xx–6916 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ |
| | | EIN  __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  18–20082–JAD

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kimberly D. Jacob

4/18/23

**By the court:** <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 18-20082-JAD

Kimberly D. Jacob                                                           Chapter 13

　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                                    Page 1 of 4

Date Rcvd: Apr 18, 2023                      Form ID: 3180W                                Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly D. Jacob, 104 Carmella Drive, Irwin, PA 15642-8909 |
| cr | + | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14756101 | + | Care Credit, c/o Encore Receivable Management, 400 N Rogers Road, Olathe, KS 66062-1212 |
| 14756102 | + | Collection Service Center Inc, PO Box 560, New Kensington, PA 15068-0560 |
| 14756103 | + | Edward Jones, PO Box 108, Saint Louis, MO 63166-0108 |
| 14756104 | | Encore Receivable Management Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 14756109 | + | Lendmark Financial, 2669 Monroeville Boulevard, Monroeville, PA 15146-2301 |
| 14756112 | + | PNC Bank NA, PO Box 8807, Dayton, OH 45401-8807 |
| 14756113 | + | PNC Points Visa, PO Box 8807, Dayton, OH 45401-8807 |
| 15027607 | + | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14756118 | + | Vicotria's Secret/Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 19 2023 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 19 2023 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2023 23:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: Q3G.COM | Apr 19 2023 03:23:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 18 2023 23:30:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 18 2023 23:30:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14763294 | | EDI: PHINAMERI.COM | Apr 19 2023 03:23:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14756100 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 23:45:38 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14776340 | | Email/PDF: bncnotices@becket-lee.com | | |

District/off: 0315-2        User: auto        Page 2 of 4

Date Rcvd: Apr 18, 2023        Form ID: 3180W        Total Noticed: 40

| | | | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Apr 18 2023 23:45:37 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14796818 | + | EDI: PHINAMERI.COM | Apr 19 2023 03:23:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14790020 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 23:45:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787492 | + | EDI: CITICORP.COM | Apr 19 2023 03:23:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14756110 | + | EDI: CITICORP.COM | Apr 19 2023 03:23:00 | Macy's, PO Box 8113, Mason, OH 45040 |
| 14983484 | | EDI: Q3G.COM | Apr 19 2023 03:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14756105 | + | EDI: PHINAMERI.COM | Apr 19 2023 03:23:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14756106 | + | EDI: IRS.COM | Apr 19 2023 03:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14756107 | + | EDI: RMSC.COM | Apr 19 2023 03:23:00 | JC Penney, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14756108 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 18 2023 23:30:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14760438 | | Email/Text: ktramble@lendmarkfinancial.com | Apr 18 2023 23:30:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 14756111 | + | Email/Text: bnc@nordstrom.com | Apr 18 2023 23:30:34 | Nordstrom Card Services, PO Box 6555, Englewood, CO 80155-6555 |
| 14783729 | + | EDI: JEFFERSONCAP.COM | Apr 19 2023 03:26:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14777437 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, National Association, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14795513 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14756840 | + | EDI: RECOVERYCORP.COM | Apr 19 2023 03:26:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14791283 | | EDI: Q3G.COM | Apr 19 2023 03:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14756114 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 18 2023 23:30:00 | Regional Medical Center, c/o Collection Service Center Inc, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15027607 | + | Email/Text: bncmail@w-legal.com | Apr 18 2023 23:30:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14756115 | + | EDI: CITICORP.COM | Apr 19 2023 03:23:00 | Sears Credit Card, PO Box 9001055, Louisville, KY 40290-1055 |
| 14756116 | + | EDI: RMSC.COM | Apr 19 2023 03:23:00 | Synchrony Bank/Levins, PO Box 965030, Orlando, FL 32896-5030 |
| 14756117 | + | EDI: RMSC.COM | Apr 19 2023 03:23:00 | Synchrony Bank/Value City, PO Box 965030, Orlando, FL 32896-5030 |
| 14787559 | | EDI: USBANKARS.COM | Apr 19 2023 03:26:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14787148 | | EDI: AIS.COM | Apr 19 2023 03:26:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, NA |
| cr | *+ | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14767979 | *+ | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14767980 | *+ | Care Credit, c/o Encore Receivable Management, 400 N Rogers Road, Olathe, KS 66062-1212 |
| 14767981 | *+ | Collection Service Center Inc, PO Box 560, New Kensington, PA 15068-0560 |
| 14767989 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 8113, Mason, OH 45040 |
| 14767982 | *+ | Edward Jones, PO Box 108, Saint Louis, MO 63166-0108 |
| 14767983 | * | Encore Receivable Management Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 14767984 | *+ | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14767985 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14767986 | *+ | JC Penney, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14767987 | *+ | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14767988 | *+ | Lendmark Financial, 2669 Monroeville Boulevard, Monroeville, PA 15146-2301 |
| 14767990 | *+ | Nordstrom Card Services, PO Box 6555, Englewood, CO 80155-6555 |
| 14767991 | *+ | PNC Bank NA, PO Box 8807, Dayton, OH 45401-8807 |
| 14767992 | *+ | PNC Points Visa, PO Box 8807, Dayton, OH 45401-8807 |
| 14767993 | *+ | Regional Medical Center, c/o Collection Service Center Inc, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14767994 | *+ | Sears Credit Card, PO Box 9001055, Louisville, KY 40290-1055 |
| 14767995 | *+ | Synchrony Bank/Levins, PO Box 965030, Orlando, FL 32896-5030 |
| 14767996 | *+ | Synchrony Bank/Value City, PO Box 965030, Orlando, FL 32896-5030 |
| 14767997 | *+ | Vicotria's Secret/Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Kimberly D. Jacob chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |

District/off: 0315-2                          User: auto                                      Page 4 of 4
Date Rcvd: Apr 18, 2023                       Form ID: 3180W                                  Total Noticed: 40

ustpregion03.pi.ecf@usdoj.gov

Robert Davidow

on behalf of Creditor PNC Bank  NA robert.davidow@phelanhallinan.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION pawb@fedphe.com

TOTAL: 8