**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/18/23 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    KIMBERLY D. JACOB

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-20082 JAD

Chapter 13

Related to ECF No. 67

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 18th day of April, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kimberly D. Jacob  
    Debtor

Case No. 18-20082-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 18, 2023      Form ID: pdf900      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly D. Jacob, 104 Carmella Drive, Irwin, PA 15642-8909 |
| cr | + | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14756101 | + | Care Credit, c/o Encore Receivable Management, 400 N Rogers Road, Olathe, KS 66062-1212 |
| 14756102 | + | Collection Service Center Inc, PO Box 560, New Kensington, PA 15068-0560 |
| 14756103 | + | Edward Jones, PO Box 108, Saint Louis, MO 63166-0108 |
| 14756104 | | Encore Receivable Management Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 14756109 | + | Lendmark Financial, 2669 Monroeville Boulevard, Monroeville, PA 15146-2301 |
| 14756112 | + | PNC Bank NA, PO Box 8807, Dayton, OH 45401-8807 |
| 14756113 | + | PNC Points Visa, PO Box 8807, Dayton, OH 45401-8807 |
| 15027607 | + | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14756118 | + | Vicotria's Secret/Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:30:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 18 2023 23:30:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 18 2023 23:30:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14763294 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 18 2023 23:30:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14756100 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 23:45:24 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14776340 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 23:45:24 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14796818 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 18 2023 23:30:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14790020 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 23:45:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787492 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 23:45:37 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14756110 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 23:45:23 | Macy's, PO Box 8113, Mason, OH 45040 |
| 14983484 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

Case 18-20082-JAD   Doc 75   Filed 04/20/23   Entered 04/21/23 00:28:57   Desc Imaged
                    Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 98083-0657 |
| 14756105 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 18 2023 23:30:00 | | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14756106 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Apr 18 2023 23:30:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14756107 | + | Email/PDF: gecsedi@recoverycorp.com Apr 18 2023 23:45:06 | | JC Penney, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14756108 | + | Email/Text: PBNCNotifications@peritusservices.com Apr 18 2023 23:30:00 | | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14760438 | | Email/Text: ktramble@lendmarkfinancial.com Apr 18 2023 23:30:00 | | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 14756111 | + | Email/Text: bnc@nordstrom.com Apr 18 2023 23:30:34 | | Nordstrom Card Services, PO Box 6555, Englewood, CO 80155-6555 |
| 14783729 | + | Email/Text: JCAP_BNC_Notices@jcap.com Apr 18 2023 23:30:00 | | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14777437 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 18 2023 23:30:00 | | PNC Bank, National Association, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14795513 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 18 2023 23:30:00 | | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14756840 | + | Email/PDF: rmscedi@recoverycorp.com Apr 18 2023 23:45:37 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14791283 | | Email/Text: bnc-quantum@quantum3group.com Apr 18 2023 23:30:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14756114 | + | Email/Text: bankruptcy@firstenergycorp.com Apr 18 2023 23:30:00 | | Regional Medical Center, c/o Collection Service Center Inc, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15027607 | + | Email/Text: bncmail@w-legal.com Apr 18 2023 23:30:00 | | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14756115 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 18 2023 23:45:37 | | Sears Credit Card, PO Box 9001055, Louisville, KY 40290-1055 |
| 14756116 | + | Email/PDF: gecsedi@recoverycorp.com Apr 18 2023 23:45:06 | | Synchrony Bank/Levins, PO Box 965030, Orlando, FL 32896-5030 |
| 14756117 | + | Email/PDF: gecsedi@recoverycorp.com Apr 18 2023 23:45:21 | | Synchrony Bank/Value City, PO Box 965030, Orlando, FL 32896-5030 |
| 14787559 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Apr 18 2023 23:30:00 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14787148 | | Email/PDF: ebn_ais@aisinfo.com Apr 18 2023 23:45:09 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, NA |
| cr | *+ | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14767979 | *+ | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14767980 | *+ | Care Credit, c/o Encore Receivable Management, 400 N Rogers Road, Olathe, KS 66062-1212 |

| | | |
|---|---|---|
| 14767981 | *+ | Collection Service Center Inc, PO Box 560, New Kensington, PA 15068-0560 |
| 14767989 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, PO Box 8113, Mason, OH 45040 |
| 14767982 | *+ | Edward Jones, PO Box 108, Saint Louis, MO 63166-0108 |
| 14767983 | * | Encore Receivable Management Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 14767984 | *+ | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14767985 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14767986 | *+ | JC Penney, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14767987 | *+ | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14767988 | *+ | Lendmark Financial, 2669 Monroeville Boulevard, Monroeville, PA 15146-2301 |
| 14767990 | *+ | Nordstrom Card Services, PO Box 6555, Englewood, CO 80155-6555 |
| 14767991 | *+ | PNC Bank NA, PO Box 8807, Dayton, OH 45401-8807 |
| 14767992 | *+ | PNC Points Visa, PO Box 8807, Dayton, OH 45401-8807 |
| 14767993 | *+ | Regional Medical Center, c/o Collection Service Center Inc, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 14767994 | *+ | Sears Credit Card, PO Box 9001055, Louisville, KY 40290-1055 |
| 14767995 | *+ | Synchrony Bank/Levins, PO Box 965030, Orlando, FL 32896-5030 |
| 14767996 | *+ | Synchrony Bank/Value City, PO Box 965030, Orlando, FL 32896-5030 |
| 14767997 | *+ | Vicotria's Secret/Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Christopher M. Frye
on behalf of Debtor Kimberly D. Jacob chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com

Maria Miksich
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
on behalf of Creditor PNC Bank NA robert.davidow@phelanhallinan.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com

TOTAL: 8